**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| Oscar Donaldo Martinez, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:12-cv-1254 |
| ) | Hon. Robert Wilkins |
| Vigor Restaurant, LLC, et al. ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND MEMORANDUM IN SUPPORT

Pursuant to 29 U.S.C. § 216(b), Defendants Vigor Restaurant, LLC, RC CT Avenue Restaurant, LLC and Chang Wook Chon (collectively "Defendants" or "Epicurean") together with Plaintiff Carmen Yesenia Mejia respectfully seek judicial approval of their settlement agreement ("Agreement"), attached hereto as Exhibit A. The parties submit that such approval should be granted because the terms of the Agreement are fair and reasonable for the reasons set forth below. Accordingly, under *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982), this Court should approve the Agreement and dismiss the case with prejudice.

**I.     Defendants' Position Regarding the Terms of the Settlement Agreement**

Defendants deny that Plaintiff Mejia worked any overtime hours[1], but have offered to pay what Defendants consider to be a nominal amount to settle Plaintiff's claims without further litigation. Plaintiff has accepted these terms and, as described below, Plaintiff also believes that the terms of the settlement are fair and reasonable.

---

[1] Defendants have not yet responded to Plaintiff's complaint as the parties have resolved Plaintiffs' claims and are awaiting court approval of the resolutions. Pending the court's approval, Defendants filed a consent motion to extend their deadline to respond to the complaint.

According to Defendants' records, Ms. Mejia was employed from March 2010 – June 2010 and from November 14, 2010 – February 2, 2011.  Ms. Mejia was paid $9.00/hr until November 1, 2010 when her pay was increased to $10.00/hour.  Although Plaintiff's hours varied somewhat, Defendants' contemporaneous time records show that Plaintiff generally worked between 50-78 hours during a pay period, which spanned two weeks.[2]  Defendants' pay records do not show that Plaintiff worked any overtime hours.  Defendants are not aware of any hours that Plaintiff worked that were not recorded.  Based on the foregoing, Defendants do not believe that Plaintiff is entitled to any damages.

Nonetheless, to avoid the costs and expenses associated with further litigation, Defendants are willing to pay Plaintiff $200.00 in settlement.  Plaintiff first raised the possibility of settling her claims for this amount, which Defendants find acceptable under the circumstances.

## II.  Plaintiff's Position Regarding the Terms of the Settlement Agreement

Ms. Mejia contends that the basis for her Complaint in this case is that she worked certain unrecorded overtime hours from time to time between November 2010 and February 2011, but she was not paid for those hours.  Ms. Mejia is aware of the risks inherent in litigation over hours that are unrecorded.  In light of that risk, and recognizing the cost of litigation in both time and money, Ms. Mejia offered to settle her claims for $200.  She made that offer with the advice of counsel and free from any undue coercion, threat, or duress, and the defendants accepted this offer after an arm's-length negotiation.  Ms. Mejjia and her counsel believe that the resulting settlement is a fair and reasonable compromise of her claims.

---

[2] Defendants' records indicate that Plaintiff worked the following hours during successive pay periods: 64, 60.5, 78.5, 78, 80, 72, 7.5, 64, 47, 74, 63.5, 50.5, 52.5, 36.5.

## CONCLUSION

Based on the foregoing, the parties respectfully request that the Court approve the Agreement and dismiss the case with prejudice.

Respectfully submitted,

/s/ Kimberly Jandrain
Kimberly Jandrain
Jonathan Greenbaum
Coburn & Greenbaum PLLC
1710 Rhode Island Avenue, NW
Second Floor
Washington, DC 20036
(202) 657-5470
kj@coburngreenbaum.com
jg@coburngreenbaum.com


/s/ Darin Dalmat
Edgar N. James
D.C. Bar Number 333013
Darin M. Dalmat
D.C. Bar Number 978922
James & Hoffman, P.C.
1130 Connecticut Avenue, NW
Suite 950
Washington, D.C. 20036
(202) 496-0500
ejames@jamhoff.com
dmdalmat@jamhoff.com

Laura A. Brown
D.C. Bar Number 488292
DC Employment Justice Center
1413 K St., NW, 5th Floor
Washington, D.C. 20005
(202) 645-5524
lbrown@dcejc.org

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

By my signature below, I certify that the foregoing JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT has been served via this Court's ECF system and email on:

>Edgar N. James
>D.C. Bar Number 333013
>Darin M. Dalmat
>D.C. Bar Number 978922
>James & Hoffman, P.C.
>1130 Connecticut Avenue, NW
>Suite 950
>Washington, D.C. 20036
>(202) 496-0500
>ejames@jamhoff.com
>dmdalmat@jamhoff.com
>
>Laura A. Brown
>D.C. Bar Number 488292
>DC Employment Justice Center
>1413 K St., NW, 5th Floor
>Washington, D.C. 20005
>(202) 645-5524
>lbrown@dcejc.org

          /s/ Kimberly Jandrain

Kimberly Jandrain