**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARTINEZ, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | )   Civil Action No. 12-CV-1254 |
| v. | ) |
| | ) |
| VIGOR RESTAURANT, LLC, et al. | ) |
| | ) |
| Defendants | ) |
| | ) |

**ORDER**

Upon consideration of Defendants' Notice of Acceptance of Offer of Judgment, the Joint

Motion for Approval of Settlement Agreement, the representations of counsel for both parties

during an October 15, 2012 hearing and the entire record herein, the Court finds that the Offers

of Judgment and Settlement Agreement are fair and reasonable under 29 U.S.C. § 216(b) and

*Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).  Accordingly,

the Court hereby ORDERS as follows:

- the Clerk shall enter judgment in favor of Plaintiff Oscar Donaldo Martinez Veliz in the amount of $8,900.

- the Clerk shall enter judgment in favor of Plaintiff Bonifacio Ayala in the amount of $5,350.00.

- Defendants shall pay to Plaintiffs Oscar Donaldo Martinez Veliz and Bonifacio $4,000.00 in attorneys' fees and costs.

- The settlement agreement between Defendants and Plaintiff Carmen Yesenia Mejia is approved.

Dated: October _____, 2012

_____
The Honorable Robert L. Wilkins
U.S. District Court Judge